UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Delores F Spencer

    Debtor(s)

Case No. 11 B 30608

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/27/2011.

2) The plan was confirmed on 10/24/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/26/2012, 09/04/2012.

5) The case was Dismissed on 02/27/2013.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,200.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,200.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $252.41 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,252.41** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL Laboratories | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 7,842.00 | NA | NA | 0.00 | 0.00 |
| Advance Radiology Consultants | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Advocate Illinois Masonic Medical Center | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Advocate Lutheran General Health Partner | Unsecured | 615.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 1,003.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 312.00 | 312.11 | 312.11 | 0.00 | 0.00 |
| Arnold Harris/Med Business Bureau | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Avon Products | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 1,514.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Secured | 95,635.14 | 79,618.96 | 79,618.96 | 0.00 | 0.00 |
| Bank Of America | Secured | 95,635.14 | 15,417.14 | 15,417.14 | 1,947.59 | 0.00 |
| Brainetics | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CDS | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 1,210.00 | NA | NA | 0.00 | 0.00 |
| Chicago Central Emergency | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA Student Loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Ambulance | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 906.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| DeVry Institute of Technology | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Emergency Physicians Office | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| EMP Of Chicago | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Service | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| Flirty Girl Fitness | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| Fmci Mass Market | Unsecured | 267.00 | 267.40 | 267.40 | 0.00 | 0.00 |
| Liberty Mutual Group | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Little Company Of Mary Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| Michael Guthrie DDS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | NA | 750.09 | 750.09 | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants Inc | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 194.00 | 194.43 | 194.43 | 0.00 | 0.00 |
| Prairie Anesthesia LLC | Unsecured | 736.00 | 736.00 | 736.00 | 0.00 | 0.00 |
| Radiological Physician LTD | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 385.93 | 385.93 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | NA | 629.15 | 629.15 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,100.00 | 580.31 | 580.31 | 0.00 | 0.00 |
| Systems & Services Technologies | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 724.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 15,176.00 | 5,969.10 | 5,969.10 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | NA | 10,000.38 | 10,000.38 | 0.00 | 0.00 |
| Wellington Radiology | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $15,417.14 | $1,947.59 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $79,618.96 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$95,036.10** | **$1,947.59** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,824.90** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,252.41 |
| Disbursements to Creditors | $1,947.59 |
| **TOTAL DISBURSEMENTS** : | **$5,200.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/15/2013                    By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**